UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

## *UNITED STATES OF AMERICA VS. PAUL GEER*

### EXHIBIT LIST

CASE NO.    3:24-CR-0170

DATE:    February 19, 2025

PRESIDING JUDGE:    Hon. Mae D'Agostino

(   ) PLAINTIFF        ( X  ) DEFENDANT

| EXHIBIT NUMBER | DATE MARKED FOR ID | DATE ADMITTED IN EVIDENCE | WITNESS | EXHIBIT DESCRIPTION |
|---|---|---|---|---|
| D 1 | | | | Family Foundation School Curriculum dated May 3, 1999 |
| D 2 | | | | September 8, 2010 letter to Emmanuel Argiros from the NYS Commission on Quality of Care & Advocacy |
| D 3 | | | | The Family Singers cassette tape |
| D 4 | | | | Photograph - family at Christmas |
| D 5 | | | | Photograph - Paul Geer playing the piano |
| D 6 | | | | Photograph - Paul Geer tubing |
| D 7 | | | | Photograph - Paul Geer in recording studio |
| D 8 | | | | Photograph - Paul Geer in the classroom (B&W 1) |
| D 9 | | | | Photograph - Paul Geer in the classroom (B&W 2) |

| | | | | |
|---|---|---|---|---|
| D 10 | | | | Photograph - group in recording studio |
| D 11 | | | | Photograph - Paul Geer in recording studio |
| D 12 | | | | Photograph - D.C. competition |
| D 13 | | | | Photograph – Paul Geer in gray suit (1) |
| D 14 | | | | Photograph – Paul Geer in gray suit (2) – group photo |
| D 15 | | | | Photograph – Christine Speicher large group photo |
| D 16 | | | | Photograph – Christine Speicher small group photo |
| D 17 | | | | Photograph – Christine Speicher trio |
| D 18 | | | | Photograph – Susan Runge |
| D 19 | | | | Photograph – Susan Runge group photo with Tony & Betty |
| D 20 | | | | Photograph – Ted Towsley – Toronto 2000 |
| D 21 | | | | Photograph – Ted Towsley – Rye Playland 1993 (1) |
| D 22 | | | | Photograph – Ted Towsley – Rye Playland 1993 (2) |
| D 23 | | | | Photograph – Ted Towsley – Rye Playland 1993 (3) |
| D 24 | | | | Photograph – Ted Towsley – Barn Ball |
| D 25 | | | | Photograph – Ted Towsley– Toronto 2000 |
| D 26 | | | | Photograph – Ted Towsley– group photo in front of bus |
| D 27 | | | | Photograph – School Building (1) |
| D 28 | | | | Photograph – School Building (2) |
| D 29 | | | | Photograph – School Building (3) |
| D 30 | | | | Photograph – Audra Towsley – pond/dock (1) |
| D 31 | | | | Photograph – Audra Towsley – pond/dock (2) |
| D 32 | | | | Photograph – Audra and Ted Towsley |
| D 33 | | | | Photograph – large group women's choir |

| | | | | | |
|---|---|---|---|---|---|
| D 34 | | | | | Photograph - beach |
| D 35 | | | | | Photograph - eating |
| D 36 | | | | | Photograph – theater group photo (1) |
| D 37 | | | | | Photograph – theater group photo (2) |
| D 38 | | | | | Photograph – Susan Runge - picnic |
| D 39 | | | | | Photograph – Audra Towsley- amusement park |
| D 40 | | | | | Photograph – group photo of women's choir (1) |
| D 41 | | | | | Photograph – group photo of women's choir (2) |
| D 42 | | | | | Photograph – Ted Towsley with students |
| D 43 | | | | | Photograph – boys goofing around – Toronto 2000 |
| D 44 | | | | | Photograph – Christine Speicher - picnic |
| D 45 | | | | | Photograph – two girls on bus |
| D 46 | | | | | Photograph – Meghan Clarke – outside with friend |
| D 47 | | | | | Photograph – Meghan Clarke – graduation with man |
| D 48 | | | | | Photograph – Meghan Clarke – parking lot |
| D 49 | | | | | Photograph – Meghan Clarke |
| D 50 | | | | | Photograph – Meghan Clarke |
| D 51 | | | | | Photograph – Meghan Clarke – group photo |
| D 52 | | | | | Photograph – Meghan Clarke – couch |
| D 53 | | | | | Photograph – Meghan Clarke – graduation |
| D 54 | | | | | Photograph – Meghan Clarke – Father Stephen Morris (1) |
| D 55 | | | | | Photograph – Meghan Clarke – Father Stephen Morris (2) |
| D 56 | | | | | Photograph – Meghan Clarke – graduation |
| D 57 | | | | | Photograph – Meghan Clarke – trio |

| | | | | |
|---|---|---|---|---|
| D 58 | | | | Photograph – Jenna Mutnick – porch |
| D 59 | | | | Photograph – Jenna Mutnick – bear |
| D 60 | | | | Photograph – Jenna Mutnick – trio sitting on rock |
| D 61 | | | | Photograph – Jenna Mutnick – sitting with friend |
| D 62 | | | | Photograph – Jenna Mutnick – white shirt |
| D 63 | | | | Photograph – Jenna Mutnick – choir group photo |
| D 64 | | | | Photograph – Jenna Mutnick – sitting on couch with friend |
| D 65 | | | | June 10, 2005 letter to Paul Geer from North American Music Festivals |
| D 66 | | | | 2012 HOBY World Leadership Congress certificate presented to Paul Geer |
| D 67 | | | | 2013 HOBY World Leadership Congress certificate presented to Paul Geer |
| D 68 | | | | Text message screenshots between Paul Geer and Ben Misanin |
| D 69 | | | | Photograph – Susan Runge with students at Niagara Falls |
| D 70 | | | | Video of baby grand piano |
| D 71 | | | | Video of boot closet |
| D 72 | | | | Video of gym showing imprint of piano box |
| D 73 | | | | Video of hallways common area |
| D 74 | | | | Video of ramp to backstage |
| D 75 | | | | Video of stairway going down |
| D 76 | | | | Video of stairway going up |
| D 77 | | | | Video of upstairs music room |

EXHIBITS RETURNED TO COUNSEL (DATE): _____   SIGNATURE: _____